STATE v. HICKS

No. 121PA87.

Case below: 84 N.C. App. 237.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1987.

STATE v. JENNINGS

No. 214P87.

Case below: 85 N.C. App. 349.

Petition by Attorney General for temporary stay allowed 8 May 1987 pending timely filing of petition for discretionary review and decision thereon.

STATE v. JONES

No. 55P87.

Case below: 83 N.C. App. 593.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. KNOLL

No. 119PA87.

Case below: 84 N.C. App. 228.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1987.

STATE v. LIVELY

No. 19P87.

Case below: 83 N.C. App. 639.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.